Dismissed and Memorandum Opinion filed March 4, 2004









Dismissed and Memorandum Opinion filed March 4, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00734-CV

____________

 

LINDA KOETTER
BATES, Appellant

 

V.

 

TEXAS
DEPARTMENT OF CRIMINAL JUSTICE-INSTITUTIONAL DIVISION, Appellee

 



 

On Appeal from the
239th District Court

Brazoria County,
Texas

Trial Court Cause
No. 94G0523

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 25, 2003.

On February 24, 2004, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed March 4, 2004.

Panel consists of Justices Yates,
Anderson and Hudson.